IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

      Plaintiff,                     07-CV-0748 ALA P

vs.

SACRAMENTO COUNTY SHERIFF, et al.,

      Defendants.             ORDER TO SHOW CAUSE

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983.

      On June 19, 2007, Plaintiff's complaint was dismissed for failure to state a claim upon which relief may be granted. Plaintiff was given thirty days for the date of service of that order to file an amended complaint. Plaintiff has failed to do so. However, on August 3, 2007, this court received a letter from Plaintiff inquiring about the status of his complaint.

      Therefore, IT IS HEREBY ORDERED that Plaintiff is <u>ordered to show cause within 10 days</u> why this action should not be dismissed for Plaintiff's failure to file an amended complaint.

/////

DATED: September 27, 2007

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation