IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

      Plaintiff,                    07-CV-0748 ALA P

     vs.

SACRAMENTO COUNTY SHERIFF, et al.,

      Defendants.             <u>ORDER</u>

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983. On September 28, 2007, Plaintiff was ordered to show cause within ten (10) days as to why this action should not be dismissed for Plaintiff's failure to file an amended complaint. Plaintiff has failed to respond to the court's order.

      Therefore, IT IS HEREBY ORDERED that Plaintiff 's complaint is dismissed with prejudice.

/////

DATED: November 13, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT  JUDGE
                                        Sitting by Designation